# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| UTGR, INC. d/b/a TWIN RIVER, et al.,[1] | ) Case No. 09-12418 (ANV) |
| Debtors. | ) Jointly Administered |

## NOTICE OF ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed on February 10, 2010 the final version of their Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 529] (the "Plan")[2] in the United States Bankruptcy Court for the District of Rhode Island (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on June 24, 2010, the Bankruptcy Court entered the Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 717] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 79 of the Confirmation Order, which requires the Debtors to serve notice of the Confirmation Order to all

---

[1] The Debtors in these chapter 11 cases are BLB Management Services, Inc., BLB Worldwide Holdings, Inc., and UTGR, Inc.

[2] The Debtors filed earlier versions of the Plan on December 15, 2009 [Docket No. 445], January 22, 2010 [Docket No. 483], and January 26, 2010 [Docket No. 487].

parties served with the Confirmation Hearing Notice[3] within ten Business Days of the date of entry of the Confirmation Order, the Debtors are hereby filing this notice of entry of Confirmation Order. Copies of the Plan, Confirmation Order, and all other documents filed in these chapter 11 cases are available at http://www.donlinrecano.com/twinriver.

Dated: July 1, 2010
       Providence, Rhode Island

**WINOGRAD, SHINE & ZACKS, P.C.**

Allan M. Shine (Bar No. 0383)
123 Dyer Street
Providence, RI 02903
Telephone:   (401) 273-8300
Facsimile:   (401) 272-5728

- and -

**KIRKLAND & ELLIS LLP**

/s/ *Paul M. Basta*
Paul M. Basta (Admitted *pro hac vice*)
Stephen E. Hessler (Admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
paul.basta@kirkland.com
stephen.hessler@kirkland.com

Counsel for the Debtors and Debtors in Possession

---

[3] All capitalized terms used not otherwise defined herein shall have the meaning ascribed to them in the Confirmation Order.